UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TANYA JOINER ON BEHALF OF D.J.  CIVIL ACTION

VERSUS  NO. 10-3375

MICHAEL J. ASTRUE, COMMISSIONER  SECTION "N" (2)
OF SOCIAL SECURITY ADMINISTRATION

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 12th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

